UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JAMES, et al.,<br>        Plaintiffs,<br>v.<br>CONTRA COSTA COUNTY,<br>        Defendant. | Case No. 22-cv-05939-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on October 10, 2023. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that January 9, 2023 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed.

IT IS HEREBY ORDERED that by no later than March 15, 2023, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. The Case Management Conference, originally scheduled for March 7, 2023, is continued to June 27, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 1, 2023

KANDIS A. WESTMORE
United States Magistrate Judge