UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JAMES, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CONTRA COSTA COUNTY,<br><br>            Defendant. | Case No. 22-cv-05939-SI<br><br>**ORDER RE: FILING OF DECLARATION PURSUANT TO CAL. CODE OF CIVIL PROCEDURE §377.32** |

This case was just reassigned to the undersigned judge. Plaintiffs bring this action pursuant to 42 U.S.C. § 1983 as the survivors of their son. "The party seeking to bring a survival action bears the burden of demonstrating that a particular state's law authorizes a survival action and that the plaintiff meets that state's requirements for bringing a survival action." *Moreland v. Las Vegas Metro. Police Dep't*, 159 F.3d 365, 369 (9th Cir. 1998), *as amended* (Nov. 24, 1998). California's requirements for standing to bring a survival action are set forth in California Code of Civil Procedure § 377.30. A plaintiff bringing a survivorship action is required to file a declaration pursuant to California Code of Civil Procedure § 377.32, to show that the survivorship requirements are met. *See Reyes v. Cnty. of Alameda*, No. 20-CV-03971-DMR, 2020 WL 5107460, at *3 (N.D. Cal. Aug. 31, 2020) (discussing declaration requirement in § 1983 survivorship action).

Plaintiffs have not filed a declaration pursuant to California Code of Civil Procedure § 377.32. The Court directs plaintiffs to file such a declaration no later than **April 10, 2023.**

**IT IS SO ORDERED**.

Dated: March 30, 2023

_____
SUSAN ILLSTON
United States District Judge