UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JAMES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONTRA COSTA COUNTY, <br><br> Defendant. | Case No. 22-cv-05939-SI <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 22 |

In an order filed March 30, 2023, the Court directed plaintiffs to file a declaration pursuant to California Code of Civil Procedure § 377.32 no later than April 10, 2023.  Plaintiffs have not filed any such declaration, and their April 13 "notice" regarding the anticipated filing of an amended complaint makes no reference to the required Section 377.32 declaration.

Plaintiffs are **hereby ordered to show cause in writing no later than April 20, 2023 why counsel has failed to file the required declaration as directed in the March 30, 3023 order.  In addition, if plaintiffs wish to proceed with this lawsuit they must file the required declaration.**

**IT IS SO ORDERED**.

Dated: April 17, 2023

SUSAN ILLSTON
United States District Judge