UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JAMES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY, *et al.*,<br><br>    Defendants. | Case No. 22-cv-05939-SI<br>Case No. 24-03695 JST<br><br>**ORDER RELATING CASES** |

Pursuant to Civil Local Rule 3-12, the Court determines that *H.W. v. Jensen*, Case No. 24-03695 JST is related to this action. The Clerk shall relate the cases and reassign *H.W.* to the undersigned judge.

**IT IS SO ORDERED**.

Dated: August 13, 2024

                                     SUSAN ILLSTON
United States District Judge