UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JAMES, et al.,<br>        Plaintiffs,<br>v.<br>CONTRA COSTA COUNTY, et al.,<br>        Defendants. | Case No. 22-cv-05939-SI<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |
| H.W., et al.,<br>        Plaintiffs,<br>v.<br>JENSEN, et al.,<br>        Defendants. | Case No. 24-cv-03695-SI |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/22/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR: Magistrate Settlement Conference with Judge Beeler to occur sometime between 11/23/2025 through 12/5/2025.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 11/21/2025.

DESIGNATION OF EXPERTS: 2/6/2026; REBUTTAL: 3/13/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/24/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by: 5/22/2026;
    Opp. Due: 6/5/2026; Reply Due: 6/12/2026;
    and set for hearing no later than 6/26/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  8/4/2026
PRETRIAL CONFERENCE DATE: 8/18/2026 at 1:30 PM.

JURY TRIAL DATE: 8/31/2026 at 8:30 AM.
　　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

　　　**IT IS SO ORDERED**.

Dated: May 6, 2025

_____
SUSAN ILLSTON
United States District Judge

2